1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| KARI LEMAY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. EDCV08-01478 AJW |
| | ) | |
| v. | ) | J U D G M E N T |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

February 12, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge