Manuel D. Serpa, Calif. Bar No. 174182
LAW OFFICES OF HARRY J. BINDER AND
CHARLES E. BINDER, P.C.
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mds.esq@gmail.com

Attorney for plaintiff Kari Lemay

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI LEMAY,<br><br>PLAINTIFF,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>DEFENDANT. | No. EDCV08-01478 AJW<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS and 00/100's ($3,700.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

April 21, 2010

_____
HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees

- 1 -